UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 1:20-cv-00438

| | |
|---|---|
| TIMOTHY KAPP, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS TEETER, LLC and HARRIS TEETER SUPERMARKETS, INC., <br><br> Defendants. | |

## NOTICE OF TENTATIVE SETTLEMENT AND <br> REQUEST TO STAY DEADLINES

Notice is hereby given that plaintiff Timothy Kapp ("Plaintiff") and defendants, Harris Teeter, LLC and Harris Teeter Supermarkets, Inc. (collectively, the "Defendants"), have reached a settlement in principle in the above captioned matter.

Plaintiff and Defendants anticipate finalizing the settlement agreement within forty-five (45) days, at which time Plaintiff and Defendants plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims against Defendants.

Plaintiff and Defendants request that the Court stay all upcoming deadlines in this matter, including Defendants' deadline to respond to the Complaint, for purposes of finalizing the terms of settlement, and further request that the Court retain its jurisdiction regarding this action until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

1

This the 16th day of July 2020.

| | |
|---|---|
| */s/*  Edward H. Maginnis | */s/*   John G. McDonald |
| Edward H. Maginnis | John G. McDonald (NC Bar No. 23848) |
| Garrett L. Davis | McGuireWoods LLP |
| Maginnis Law, PLLC | 201 North Tryon Street, Ste. 3000 |
| 4801 Glenwood Ave., Ste. 310 | Charlotte, NC  28202 |
| Raleigh, NC 27612 | 704.343.2276 |
| E-mail:  emaginnis@maginnislaw.com | 704.444.8752 (facsimile) |
|             gdavis@maginnislaw.com | Email:  jmcdonald@mcguirewoods.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I filed electronically the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Edward H. Maginnis
>Garrett L. Davis
>Maginnis Law, PLLC
>4801 Glenwood Ave., Ste. 310
>Raleigh, NC 27612
>E-mail:  emaginnis@maginnislaw.com
>gdavis@maginnislaw.com

>*Counsel for Plaintiff*

This the 16th day of July 2020.
.

>/s/ John G. McDonald
>John G. McDonald (N.C. Bar No. 23848)