IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00438 v

| | |
|---|---|
| TIMOTHY KAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION OF** |
| ) | **DISMISSAL** |
| HARRIS TEETER, LLC and HARRIS ) | **WITH PREJUDICE** |
| TEETER SUPERMARKETS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW, the Plaintiff Timothy Kapp, and the Defendants, Harris Teeter, LLC And Harris Teeter Supermarkets, Inc., by and through undersigned counsel, STIPULATE TO DISMISSAL of all matters and claims asserted against HARRIS TEETER, LLC and HARRIS TEETER SUPERMARKETS, INC. in this civil action With Prejudice.

This dismissal is made pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 30th day of September, 2020.

**MAGINNIS LAW, PLLC**
*Counsel for Plaintiff*

BY: /s/ *Garrett L. Davis*
EDWARD H. MAGINNIS
N.C. State Bar No. 39317
GARRETT L. DAVIS
N.C. State Bar No. 52605
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919.526.0450

Fax: 919.882.8763
emaginnis@maginnislaw.com
gdavis@maginnislaw.com

**McGuireWoods, LLP**
*Counsel for Defendants*

*/s/ John G. McDonald*
John G. McDonald
N.C. State Bar No. 23848
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
T:   +1 704 343 2276
F:   +1 704 444 8753
JMcDonald@mcguirewoods.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00438 v

| | |
|---|---|
| TIMOTHY KAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| HARRIS TEETER, LLC and HARRIS ) | |
| TEETER SUPERMARKETS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

I HEREBY CERTIFY that a true and current copy of the foregoing has been electronically filed with the Clerk of Court on September 30, 2020, by using the CM/ECF system, which will send notice of the filing to all parties of record.

>*/s/ Garrett L. Davis*
>Garrett L. Davis
>MAGINNIS LAW, PLLC
>4801 Glenwood Avenue, Suite 310
>Raleigh, NC, 27612
>Telephone: (919) 526-0450
>Facsimile: (919) 882-8763
>gdavis@maginnislaw.com
>
>*Attorney for Plaintiff*